1  Kyndra S. Miller, CASBN: 224343
   Randolph E. Daar, CASBN: 88195
2  Brian Ford, CASBN: 305023
   506 Broadway
3  San Francisco, CA 94133
   Telephone: 415/986-5591
4
   Attorneys for Plaintiffs
5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                  EASTERN DISTRICT OF CALIFORNIA
10

11
   JESSE VANG; WANG CHANG; JOUA        No.  2:16-cv-02172-JAM-CMK
12 CHAO MOUA; ALEXANDER VANG;
   DANG XIONG; DOLLARSAI YURGH;
13 JOUA YENG VANG; MANISY MOUA;
   POUA VANG; RICHARD VANG; and        **PLAINTIFFS SUPPLEMENTAL**
14 DOES 1-200,                          **AFFIDAVITS IN SUPPORT OF**
                                        **COMPLAINT FOR DECLARATORY**
15            Plaintiff,                **RELIEF, TEMPORARY RESTRAINING**
                                        **ORDER, PRELIMINARY INJUNCTION,**
16        v.                            **PERMANENT INJUNCTION AND**
                                        **DAMAGES**
17 SHERIFF JON LOPEY, individually and in
   his capacity as Sheriff for the COUNTY
18 OF SISKIYOU; COLLEEN SETZER,
   individually and in her capacity as Clerk
19 for the COUNTY OF SISKIYOU; ALEX     Date: November 1, 2016
   NISHIMURA, individually and in his
20 capacity as an agent of the CALIFORNIA Time: 1:30pm
   SECRETARY OF STATE; the COUNTY
21 OF SISKIYOU; CALIFORNIA            Courtroom 6
   DEPARTMENT OF FORESTRY AND
22 FIRE PROTECTION Does 1-20, in their District Court Judge: John A. Mendez
   individual capacity; and DOES 1-20,
23 inclusive.
24
             Defendants.
25

26

27                                1
28 PLAINTIFFS SUPPLEMENTAL AFFIDAVITS IN SUPPORT OF COMPLAINT FOR DECLARATORY RELEIF,
   TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, PERMANENT INJUNCTION AND
   DAMAGES

1    **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2        Please find attached Plaintiffs Supplemental Affidavits in support of Complaint for

3    declaratory relief, temporary restraining order, preliminary injunction, permanent injunction and

4    damages.  Two (2) of the attached affidavits are from named Plaintiffs; nine (9) of the attached

5    affidavits are from non-party witnesses that have decided to come forward and testify in light of

6

7    the aggressive and racist actions against Asians in Siskiyou County at the hands of certain

8    Defendants in this matter; thirteen (13) of the attached affidavits are from non-party witnesses

9    that have been harassed, intimidated, and/or threatened by certain Defendants *after* the filing of

10   the Complaint in this matter on September 12, 2016.

11
         Plaintiffs provide the Court with these additional affidavits at this time in order to show
12
     that certain Defendants have escalated their acts of intimidation and harassment since the filing of
13
14   this Complaint.  As a result, residents of Siskiyou County – both Asian and non-Asian - are

15   continuously coming forward and contacting Plaintiff's counsel wanting to testify about the

16   extreme and outrageous conduct of certain Defendants named herein.  All twenty-four (24)

17   affiants can and will testify about their fear of voting in the upcoming election as a result of the

18   complained of conduct.

19

20   Dated:  October 30, 2016          /s/ KYNDRA MILLER
21
                                       Kyndra Miller
22
                                       Attorney for Plaintiffs
23

24

25

26

27
                                        2
28   PLAINTIFFS SUPPLEMENTAL AFFIDAVITS IN SUPPORT OF COMPLAINT FOR DECLARATORY RELEIF,
     TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, PERMANENT INJUNCTION AND
     DAMAGES

1  Kyndra S. Miller, CASBN: 224343
    Randolph E. Daar, CASBN: 88195
2  Brian Ford, CASBN: 305023
    506 Broadway
3  San Francisco, CA 94133
    Telephone: 415/986-5591
4
    Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  JESSE VANG; WANG CHANG; JOUA          No.
    CHAO MOUA; ALEXANDER VANG;
12  DANG XIONG; DOLLARSAI YURGH;
    JOUA YENG VANG; MANISY MOUA;
13  POUA VANG; RICHARD VANG; and
    DOES 1-200,
14                                         **AFFIDAVIT OF JESSE VANG IN SUPPORT
                                           OF COMPLAINT FOR DECLARATORY**
15              Plaintiff,                 **RELIEF, TEMPORARY RESTRAINING
                                           ORDER, PRELIMINARY INJUNCTION,**
16       v.                                **PERMANENT INJUNCTION AND DAMAGES**

17  SHERIFF JON LOPEY, individually and in
    his capacity as Sheriff for the COUNTY
18  OF SISKIYOU; COLLEEN SETZER,           JURY TRIAL DEMANDED
    individually and in her capacity as Clerk
19  for the COUNTY OF SISKIYOU; ALEX
    NISHIMURA, individually and in his
20  capacity as an agent of the CALIFORNIA
    SECRETARY OF STATE; the COUNTY
21  OF SISKIYOU; CALIFORNIA
    DEPARTMENT OF FORESTRY AND
22  FIRE PROTECTION Does 1-20, in their
    individual capacity; and DOES 1-20,
23  inclusive.
24
                Defendants.
25

26

27

28
                              1

## AFFIDAVIT OF JESSE VANG

I, Jesse Vang, do hereby declare:

1.   My true and correct name is Jesse Vang.

2.   I am one of the Plaintiffs' in this matter.

3.   I am currently 45 years of age.

4.   I am currently a property owner in Siskiyou County, California.  I purchased my property in March 2016.

5.   No well or septic system existed on the property when I purchased it.  Therefore I began taking steps to obtain the proper permitting in order to bring the property up to code.

6.   On June 2, 2016, I was working on my property when I heard someone call out my name. When I turned towards the direction of the voice, I saw a sheriff's deputy standing at my gate holding an AR-15 assault rifle.

7.   I asked the deputy the purpose of his visit, and the deputy informed me that he was investigating voter fraud.  There were two vehicles parked outside of the gate, and in a location where I could not see their respective license plates.

8.   When I opened the gate for the deputy, a second plain clothed officer approached and asked me for my name and identification.  When I asked the officer for his name and badge, the officer initially refused to disclose this information. Eventually, I was able to identify this individual as Agent Nishimura, an agent of the California Secretary of State.

9.   Agent Nishimura told me that I would go to jail if I voted on June 7, 2016 because I did not register properly online.

10.  I was terrified by the interaction with Agent Nishimura, and other unidentifiable sheriff's deputies and/or government agents and employees, and felt particularly threatened by the presence of the assault rifles.  I grew up in Laos and Thailand during the Vietnam War.  This

2

experience with the Defendants triggered many traumatic childhood memories for me and put me into a state of mental panic.

11.   I have had continuous nightmares since the incident, and am afraid to be alone on my own property.

12.   After June 2, 2016, I went to the Siskiyou County Clerk's office and spoke with County Clerk Setzer.

13.   I had received a letter from the County Clerk stating that I was not registered to vote.

14.   County Clerk Setzer informed me that I could not use my property to register to vote.

15.   She told me to register to vote with an out of county address.

16.   On or about October 18, 2016 or October 19, 2016, deputy sheriffs came to my property to abate my Cannabis plants while I was not on the property.  They left a property receipt, but no search warrant.

17.   The deputy sheriffs took my Honda Generator 3000, my walking cane, heat blowers and the tarp I use to cover my truck.  These items were not listed on the property receipt that was left at my residence.

18.   The deputy sheriffs also took bacon and sausage from my cooler.

19.   For these reasons, I am afraid to vote in Siskiyou County.  I am terrified that I will be arrested and/or be sent to jail if I try to vote.  This situation has caused me a lot of mental and emotional stress.  I want to vote on November 8, 2016, but I am afraid of the repercussions by the county and state if I do.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th  day of October 2016, at San Francisco, California.

Dated: October 29, 2016

JESSE VANG

3

1   Kyndra S. Miller, CASBN: 224343
    Randolph E. Daar, CASBN: 88195
2   Brian Ford, CASBN: 305023
    506 Broadway
3   San Francisco, CA 94133
    Telephone: 415/986-5591
4
    Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11
    JESSE VANG; WANG CHANG; JOUA          No.
12  CHAO MOUA; ALEXANDER VANG;
    DANG XIONG; DOLLARSAI YURGH;
13  JOUA YENG VANG; MANISY MOUA;
    POUA VANG; RICHARD VANG; and
14  DOES 1-200,
                                          **AFFIDAVIT OF JOUA CHAO MOUA IN**
15              Plaintiff,                **SUPPORT OF COMPLAINT FOR**
                                          **DECLARATORY RELIEF, TEMPORARY**
16        v.                              **RESTRAINING ORDER, PRELIMINARY**
                                          **INJUNCTION, PERMANENT INJUNCTION**
17  SHERIFF JON LOPEY, individually and   **AND DAMAGES**
    in his capacity as Sheriff for the COUNTY
18  OF SISKIYOU; COLLEEN SETZER,
    individually and in her capacity as Clerk
19  for the COUNTY OF SISKIYOU; ALEX      JURY TRIAL DEMANDED
    NISHIMURA, individually and in his
20  capacity as an agent of the CALIFORNIA
    SECRETARY OF STATE; the COUNTY
21  OF SISKIYOU; CALIFORNIA
    DEPARTMENT OF FORESTRY AND
22  FIRE PROTECTION Does 1-20, in their
    individual capacity; and DOES 1-20,
23  inclusive.

24

25              Defendants.

26

27

28

                              1

# AFFIDAVIT OF JOUA CHAO MOUA

I, Joua Chao Moua, do hereby declare:

1.     My true and correct name is Joua Chao Moua.

2.     I am one of the Plaintiffs in this matter.

3.     I am currently 58 years of age.

4.     I am currently a homeowner in Siskiyou County, California.  I purchased my property in April 2016.

5.     I registered to vote in May 2016 and used my property as my primary place of residence.

6.     On June 2, 2016, two SUV's came to my property.  One person exited each vehicle.  One person was in plain clothes, and the other in a police uniform.  Both people were carrying sidearm guns, and the uniformed officer was also carrying an assault rifle.

7.     I observed them trying to open the gate to enter my property.

8.     I had previously heard stories about armed police officers visiting properties owned by Asian people.

9.     When I saw the armed officers at my gate, I was terrified.  I watched the armed individuals from a hiding place on my property.  After thirty minutes, the armed individuals left my property.

10.     I underwent an Angioplasty and Vascular Stenting in 2000.  The incident on June 2, 2016 caused me to have difficulty breathing, which elevated my heart rate and blood pressure.

11.     After the armed individuals left my property, I began experiencing sharp pain in my chest and fainted.

12.     I was rushed to the Redding Regional Hospital Emergency Room on June 2, 2016, where I was prescribed medication for my heart complications.

13.     I have mentally and emotionally stressed out by the actions of the Defendants.  I am terrified of voting on November 8, 2016 because I do not want them to come back to my property and arrest me or put me in jail.  It is well known in the Asian community in Siskiyou County that

1     the Defendants are only bothering Asian landowners.  I do not want any trouble, which is why

2     I am afraid to vote in the upcoming general election.

6     I hereby declare under penalty of perjury that the foregoing is true and correct.

7     Executed this 29th   day of October 2016, at San Francisco, California.

9         Dated: October 29, 2016

**JOUA CHAO MOUA**

1  Kyndra S. Miller, CASBN: 224343
   Randolph E. Daar, CASBN: 88195
2  Brian Ford, CASBN: 305023
   506 Broadway
3  San Francisco, CA 94133
   Telephone: 415/986-5591
4
   Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11
   JESSE VANG; WANG CHANG; JOUA          No.
12 CHAO MOUA; ALEXANDER VANG;
   DANG XIONG; DOLLARSAI YURGH;
13 JOUA YENG VANG; MANISY MOUA;
   POUA VANG; RICHARD VANG; and
14 DOES 1-200,                            AFFIDAVIT OF JERRY INDIHAR IN
                                          SUPPORT OF COMPLAINT FOR
15             Plaintiff,                  DECLARATORY RELIEF, TEMPORARY
                                          RESTRAINING ORDER, PRELIMINARY
16         v.                             INJUNCTION, PERMANENT INJUNCTION
                                          AND DAMAGES
17 SHERIFF JON LOPEY, individually and in
   his capacity as Sheriff for the COUNTY
18 OF SISKIYOU; COLLEEN SETZER,
   individually and in her capacity as Clerk   JURY TRIAL DEMANDED
19 for the COUNTY OF SISKIYOU; ALEX
   NISHIMURA, individually and in his
20 capacity as an agent of the CALIFORNIA
   SECRETARY OF STATE; the COUNTY
21 OF SISKIYOU; CALIFORNIA
   DEPARTMENT OF FORESTRY AND
22 FIRE PROTECTION Does 1-20, in their
   individual capacity; and DOES 1-20,
23 inclusive.
24
25             Defendants.
26

27

28
                                    1

## AFFIDAVIT OF JERRY INDIHAR

I, Jerry Indihar, swear or affirm

1. That I own and operate two potable water trucks in and around Siskiyou County, California.

2. That I am legally licensed to haul potable water, and my trucks bear the proper "stickers" to do so.

3. That I delivered potable water to Hmong residents of rural Siskiyou County.

4. That starting in May of 2016, local law enforcement vehicles began following my truck and photographing me when I would deliver to the Hmong residents of Siskiyou County.

5. That during one of my deliveries to a Hmong resident of Siskiyou county, in late May or early June of 2016, I observed two law enforcement officials speaking to a Hmong resident on his property, one of whom was carrying an assault style rifle.

6. That in July of 2016, I was stopped in my water truck by two law enforcement officials, one of whom identified himself as a federal officer, and the other who identified himself as a prosecuting attorney. They told me that if I did not quit delivering water to these properties I would be arrested, I would go to jail, and I would be charged with felony conspiracy.

7. That I did not deliver water to the Hmong residents of Siskiyou County after that point out of fear of arrest and prosecution, even though I knew it would leave the residents without a source of drinkable water.


I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this __24__ day of October 2016, at Siskiyou, California.


Dated: October __24__ 2016

Jerry Indihar

2

1    Kyndra S. Miller, CASBN: 224343
     Randolph E. Daar, CASBN: 88195
2    Brian Ford, CASBN: 305023
     506 Broadway
3    San Francisco, CA 94133
     Telephone: 415/986-5591
4
     Attorneys for Plaintiffs
5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                  EASTERN DISTRICT OF CALIFORNIA
10

11
     JESSE VANG; WANG CHANG; JOUA          No.
12   CHAO MOUA; ALEXANDER VANG;
     DANG XIONG; DOLLARSAI YURGH;
13   JOUA YENG VANG; MANISY MOUA;
     POUA VANG; RICHARD VANG; and
14   DOES 1-200,
                                           AFFIDAVIT OF ROSE PHA IN SUPPORT OF
15            Plaintiff,                    COMPLAINT FOR DECLARATORY RELIEF,
                                           TEMPORARY RESTRAINING ORDER,
16       v.                                PRELIMINARY INJUNCTION, PERMANENT
                                           INJUNCTION AND DAMAGES
17   SHERIFF JON LOPEY, individually and in
     his capacity as Sheriff for the COUNTY
18   OF SISKIYOU; COLLEEN SETZER,           JURY TRIAL DEMANDED
     individually and in her capacity as Clerk
19   for the COUNTY OF SISKIYOU; ALEX
     NISHIMURA, individually and in his
20   capacity as an agent of the CALIFORNIA
     SECRETARY OF STATE; the COUNTY
21   OF SISKIYOU; CALIFORNIA
     DEPARTMENT OF FORESTRY AND
22   FIRE PROTECTION Does 1-20, in their
     individual capacity; and DOES 1-20,
23   inclusive.

24
              Defendants.
25

26

27

28
                                1

# AFFIDAVIT OF ROSE PHA

I, Rose Pha, do hereby declare:

1.      My true and correct name is Rose Pha.

2.      On the morning of August 10, 2016, I was away from my property, which is located in Siskiyou County, shopping with a friend.

3.      When I attempted to return home around noon, the road to my property was blocked off.

4.      I returned later in the afternoon around 4:30 pm and was able to enter my property.

5.      I saw that someone had forced entry onto my property, cutting the lock to my gate and leaving it wide open.

6.      The door to my trailer had been pried open and the contents searched and left in disarray.

7.      The drawers and cabinet doors inside my trailer had been broken and my clothes strewn about on the floor and stepped on.

8.      A fence on the side of my property was cut, and that the property next to me had also been raided.

9.      I registered to vote for the first time ahead of the June 7, 2016 election.

10.     I received a letter from Siskiyou County telling me I was not qualified to vote, so I did not vote on June 7, 2016.

11.     I believe the county used my personal information from my voter registration to raid and intimate me into not voting.

12.     I have no intention of voting on November 8, 2016.

13.     I demand justice for the Asian community in Siskiyou County.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th  day of October 2016, at San Francisco, California.

Dated: October 29, 2016                    _Rose    Pha_____

ROSE PHA

2

1  Kyndra S. Miller, CASBN: 224343
   Randolph E. Daar, CASBN: 88195
2  Brian Ford, CASBN: 305023
   506 Broadway
3  San Francisco, CA 94133
   Telephone: 415/986-5591
4
   Attorneys for Plaintiffs
5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11
   JESSE VANG; WANG CHANG; JOUA          No.
12 CHAO MOUA; ALEXANDER VANG;
   DANG XIONG; DOLLARSAI YURGH;
13 JOUA YENG VANG; MANISY MOUA;
   POUA VANG; RICHARD VANG; and
14 DOES 1-200,
                                         **AFFIDAVIT OF MAI THAO IN SUPPORT OF**
15            Plaintiff,                  **COMPLAINT FOR DECLARATORY RELIEF,**
                                         **TEMPORARY RESTRAINING ORDER,**
16        v.                             **PRELIMINARY INJUNCTION, PERMANENT**
                                         **INJUNCTION AND DAMAGES**
17 SHERIFF JON LOPEY, individually and in
   his capacity as Sheriff for the COUNTY
18 OF SISKIYOU; COLLEEN SETZER,          **JURY TRIAL DEMANDED**
   individually and in her capacity as Clerk
19 for the COUNTY OF SISKIYOU; ALEX
   NISHIMURA, individually and in his
20 capacity as an agent of the CALIFORNIA
   SECRETARY OF STATE; the COUNTY
21 OF SISKIYOU; CALIFORNIA
   DEPARTMENT OF FORESTRY AND
22 FIRE PROTECTION Does 1-20, in their
   individual capacity; and DOES 1-20,
23 inclusive.
24
              Defendants.
25

26

27

28
                               1

**AFFIDAVIT OF MAI THAO**

I, Mai Thao, do hereby declare:

1.  My true and correct name is Mai Thao.

2.  On August 25, 2016 around 8:30 a.m., the Sheriff came onto my property and cut the lock off my gate.

3.  I am not exactly sure how many people there were, but there were over ten (10) people on my property. I thought they were thieves or bad people.

4.  My son and I exited the property through the back and came back later.

5.  We saw they had gone through and searched my property and cut all my medical Cannabis plants.

6.  They drank all my water bottles and threw them everywhere making a mess on my property.

7.  They also broke my RV's awning poles and torn the awning cover and threw them on top of the RV.

8.  I did not have a scale on my property as stated on the search warrant.

9.  I believe the Sheriff was on my property illegally so they listed the marijuana samples and the scale as evidence to frame me.

10. I heard people who voted would be targeted by the Sheriff's department, but I went ahead and voted this past June 7, 2016.

11. I thought I was doing my duty as a responsible citizen.

12. As a result, my property ended up getting raided.

13. I will not be voting this November 8, 2016.

14. I cannot afford to be arrested and raided again.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this _29_ day of October 2016, at ~~Siskiyou~~ San Francisco, California.

Dated: October _29_, 2016 _____ Mai Thao

Mai Thao

2

1   Kyndra S. Miller, CASBN: 224343
    Randolph E. Daar, CASBN: 88195
2   Brian Ford, CASBN: 305023
    506 Broadway
3   San Francisco, CA 94133
    Telephone: 415/986-5591
4
    Attorneys for Plaintiffs
5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11
    JESSE VANG; WANG CHANG; JOUA          No.
12  CHAO MOUA; ALEXANDER VANG;
    DANG XIONG; DOLLARSAI YURGH;
13  JOUA YENG VANG; MANISY MOUA;
    POUA VANG; RICHARD VANG; and
14  DOES 1-200,                          **AFFIDAVIT OF TONG VA THAO IN
                                         SUPPORT OF COMPLAINT FOR
15                   Plaintiff,          DECLARATORY RELIEF, TEMPORARY
                                         RESTRAINING ORDER, PRELIMINARY
16           v.                          INJUNCTION, PERMANENT INJUNCTION
                                         AND DAMAGES**
17  SHERIFF JON LOPEY, individually and in
    his capacity as Sheriff for the COUNTY
18  OF SISKIYOU; COLLEEN SETZER,
    individually and in her capacity as Clerk  JURY TRIAL DEMANDED
19  for the COUNTY OF SISKIYOU; ALEX
    NISHIMURA, individually and in his
20  capacity as an agent of the CALIFORNIA
    SECRETARY OF STATE; the COUNTY
21  OF SISKIYOU; CALIFORNIA
    DEPARTMENT OF FORESTRY AND
22  FIRE PROTECTION Does 1-20, in their
    individual capacity; and DOES 1-20,
23  inclusive.
24
                     Defendants.
25

26

27

28
                              1

# AFFIDAVIT OF TONG VA THAO

I, Tong Va Thao, do hereby declare:

1.    My true and correct name is Tong Va Thao.

2.    On August 25, 2016, I was away from my property, which is located in Siskiyou County.

3.    When I returned to my property, I saw that the lock to my gate had been cut.  Sheriff's officers had entered my property during my absence.

4.    Sheriff's officers drank all of my water and left water bottles strewn about my property in disarray.

5.    Sheriff's officers took my passport, two (2) generators from my property: a Honda EU3000i and a Predator 7000-8750.

6.    There was not any processed Cannabis on my property; but the search warrant receipt listed two (2) pounds of processed Cannabis. I believe this was an attempt to frame me.

7.    I had heard rumors of police intimidation and for this reason declined to vote on June 7, 2016.

8.    I was told my Cannabis garden would be raided if I voted. Even though I did not vote, my property was raided anyway.

9.    I will not vote on November 8, 2016, because I am too afraid of retaliation by Siskiyou County law enforcement officers.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of October 2016, at San Francisco, California.

Dated: October 29, 2016

TONG VA THAO

2

Kyndra S. Miller, CASBN: 224343
Randolph E. Daar, CASBN: 88195
Brian Ford, CASBN: 305023
506 Broadway
San Francisco, CA 94133
Telephone: 415/986-5591

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JESSE VANG; WANG CHANG; JOUA
CHAO MOUA; ALEXANDER VANG;
DANG XIONG; DOLLARSAI YURGH;
JOUA YENG VANG; MANISY MOUA;
POUA VANG; RICHARD VANG; and
DOES 1-200,

          Plaintiff,

    v.

SHERIFF JON LOPEY, individually and in
his capacity as Sheriff for the COUNTY
OF SISKIYOU; COLLEEN SETZER,
individually and in her capacity as Clerk
for the COUNTY OF SISKIYOU; ALEX
NISHIMURA, individually and in his
capacity as an agent of the CALIFORNIA
SECRETARY OF STATE; the COUNTY
OF SISKIYOU; CALIFORNIA
DEPARTMENT OF FORESTRY AND
FIRE PROTECTION Does 1-20, in their
individual capacity; and DOES 1-20,
inclusive.

          Defendants.

No.

**AFFIDAVIT OF MAO VANG IN SUPPORT OF
COMPLAINT FOR DECLARATORY RELIEF,
TEMPORARY RESTRAINING ORDER,
PRELIMINARY INJUNCTION, PERMANENT
INJUNCTION AND DAMAGES**

JURY TRIAL DEMANDED

1

**AFFIDAVIT OF MAO VANG**

I, Mao Vang, do hereby declare:

1.     My true and correct name is Mao Vang.

2.     On September 1, 2016, the Sheriff's office arrived at my property in Siskiyou County.

3.     The Sheriff cut the chain to my gate and broke the gate down.

4.     After entering my property, the Sheriff cut down and took away all my medical Cannabis plants.

5.     The Sheriff broke down the door to my RV to search the RV, leaving the contents in disarray.

6.     It was asserted that I had marijuana samples on the property that I did not have; I believe this was an attempt to frame me.

7.     The Sheriff took the memory card to my trailer camera and my Honda EU3000 generator.

8.     The Sheriff took a notebook belonging to my husband Tseng Zong Yang.

9.     My husband has chronic pain because defoliants poisoned him during the Vietnam War.  My husband's sickness has worsened since the September 1, 2016.

10.    I am a resident of Siskiyou County and I believe that I have been mistreated and discriminated against.

11.    As a result of these types of actions happening to Asian people in Siskiyou County, I am afraid to vote on November 8, 2016.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of October 2016, at San Francisco, California.


Dated: October 29, 2016          _Mao Vang_
                                 _____

                                 MAO VANG

2

1   Kyndra S. Miller, CASBN: 224343
    Randolph E. Daar, CASBN: 88195
2   Brian Ford, CASBN: 305023
    506 Broadway
3   San Francisco, CA 94133
    Telephone: 415/986-5591
4
    Attorneys for Plaintiffs
5

6

7

8                 UNITED STATES DISTRICT COURT
9
             EASTERN DISTRICT OF CALIFORNIA
10

11
  JESSE VANG; WANG CHANG; JOUA       No.
12  CHAO MOUA; ALEXANDER VANG;
    DANG XIONG; DOLLARSAI YURGH;
13  JOUA YENG VANG; MANISY MOUA;
    POUA VANG; RICHARD VANG; and
14  DOES 1-200,              **AFFIDAVIT OF CHONG HER IN SUPPORT**
                          **OF COMPLAINT FOR DECLARATORY**
15           Plaintiff,       **RELIEF, TEMPORARY RESTRAINING**
                          **ORDER, PRELIMINARY INJUNCTION,**
16     v.                 **PERMANENT INJUNCTION AND DAMAGES**

17  SHERIFF JON LOPEY, individually and in
    his capacity as Sheriff for the COUNTY
18  OF SISKIYOU; COLLEEN SETZER,      JURY TRIAL DEMANDED
    individually and in her capacity as Clerk
19  for the COUNTY OF SISKIYOU; ALEX
    NISHIMURA, individually and in his
20  capacity as an agent of the CALIFORNIA
    SECRETARY OF STATE; the COUNTY
21  OF SISKIYOU; CALIFORNIA
    DEPARTMENT OF FORESTRY AND
22       
    FIRE PROTECTION Does 1-20, in their
23  individual capacity; and DOES 1-20,
    inclusive.
24
25          Defendants.

26

27

28

                               1

# AFFIDAVIT OF CHONG HER

I, Chong Her, do hereby declare:

1.   My true and correct name is Chong Her.

2.   On September 7, 2016, the Sheriff came onto my property, which is located in Siskiyou County, while I was not present.

3.   When I returned to my property, I observed that the lock to my gate had been cut and the right gate post had been completely extracted from the ground.

4.   My fence was additionally damaged and removed, and set aside about ten (10) feet from the gate.

5.   "No Trespassing" signs given to me by my attorney were torn down and left on the ground, an act I believe was done to both disrespect and intimidate both myself and my attorney.

6.   My shed had two (2) windows broken out and the lock had been cut.

7.   The shed had been thoroughly searched, leaving my personal property in disarray and in damaged condition.

8.   The food had been removed from my freezer and left in disarray.

9.   My bags of rice had been opened and dumped on the ground with all the other food in my shed.

10.  Sheriff's Officers took numerous items of my personal property, including a Predator 6500 watt generator, a Powermate earth augur, a water pump, a DeWalt power drill, a large camping tent, and a set of four (4) Master brand locks.

11.  Although the officers were with law enforcement, their actions were more like those of thieves, and I believe what they have done is illegal.

12.  I feel I have been mistreated and discriminated against and I demand justice.

13.  I am so distressed by my treatment at the hands of law enforcement that I cannot eat or sleep.

14. Although I had heard rumors that there would be retaliation against Asian residents who voted on June 7, 2016, I believed it was important to do my duty as a responsible citizen and I voted.

15. I believe my property was raided as a direct result of my exercising my right to vote on June 7, 2016.

16. I do not plan on voting on November 8, 2016, as I cannot afford to be arrested or raided again.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of October 2016, at San Francisco, California.

Dated: October 29, 2016

_____

CHONG HER

3

1   Kyndra S. Miller, CASBN: 224343
    Randolph E. Daar, CASBN: 88195
2   Brian Ford, CASBN: 305023
    506 Broadway
3   San Francisco, CA 94133
    Telephone: 415/986-5591
4
    Attorneys for Plaintiffs
5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11  JESSE VANG; WANG CHANG; JOUA            No.
    CHAO MOUA; ALEXANDER VANG;
12  DANG XIONG; DOLLARSAI YURGH;
    JOUA YENG VANG; MANISY MOUA;
13  POUA VANG; RICHARD VANG; and
    DOES 1-200,
14                                          AFFIDAVIT OF SOUA VUE IN SUPPORT OF
                                            COMPLAINT FOR DECLARATORY RELIEF,
15              Plaintiff,                   TEMPORARY RESTRAINING ORDER,
                                            PRELIMINARY INJUNCTION, PERMANENT
16       v.                                 INJUNCTION AND DAMAGES

17  SHERIFF JON LOPEY, individually and in
    his capacity as Sheriff for the COUNTY
18  OF SISKIYOU; COLLEEN SETZER,            JURY TRIAL DEMANDED
    individually and in her capacity as Clerk
19  for the COUNTY OF SISKIYOU; ALEX
    NISHIMURA, individually and in his
20  capacity as an agent of the CALIFORNIA
    SECRETARY OF STATE; the COUNTY
21  OF SISKIYOU; CALIFORNIA
    DEPARTMENT OF FORESTRY AND
22  FIRE PROTECTION Does 1-20, in their
    individual capacity; and DOES 1-20,
23  inclusive.

24                Defendants.

25

26

27

28

                                        1

## AFFIDAVIT OF SOUA VUE

I, Soua Vue, do hereby declare:

1.       My true and correct name is Soua Vue.

2.       I am a Siskiyou County resident of Asian descent.

3.       On September 7, 2016, the Sheriff came onto my property, which is located in Siskiyou County, while I was not present.

4.       The Sheriff cut the chain to my gate and broke down the door to my shed.

5.       My personal property was searched, left in disarray, and in many instances, damaged or broken.

6.       The Sheriff cut eight (8) out of ten (10) water pipes and opened the valve to my 8,000 gallon water tank, letting all the water leak out.

7.       The Sheriff cut open a bag of corn feed and dumped it out onto the ground.

8.       I did not register to vote prior to June 7, 2016, because I heard rumors that the Sheriff would target and arrest people who planned to vote.

9.       I do not plan on voting on November 8, 2016.  I am afraid that I will be raided again.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of October 2016, at San Francisco, California.

Dated: October 29, 2016              _____/s/ Soua Vue_____

                                                    SOUA VUE

2

1   Kyndra S. Miller, CASBN: 224343
    Randolph E. Daar, CASBN: 88195
2   Brian Ford, CASBN: 305023
    506 Broadway
3   San Francisco, CA 94133
    Telephone: 415/986-5591
4
    Attorneys for Plaintiffs
5

6

7

8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   JESSE VANG; WANG CHANG; JOUA              No.
     CHAO MOUA; ALEXANDER VANG;
12   DANG XIONG; DOLLARSAI YURGH;
     JOUA YENG VANG; MANISY MOUA;
13   POUA VANG; RICHARD VANG; and
     DOES 1-200,
14                                             **AFFIDAVIT OF NENG LOR MOUA IN
15                 Plaintiff,                  SUPPORT OF COMPLAINT FOR
                                               DECLARATORY RELIEF, TEMPORARY
16         v.                                  RESTRAINING ORDER, PRELIMINARY
                                               INJUNCTION, PERMANENT INJUNCTION
17   SHERIFF JON LOPEY, individually and in    AND DAMAGES**
     his capacity as Sheriff for the COUNTY
18   OF SISKIYOU; COLLEEN SETZER,
     individually and in her capacity as Clerk
19   for the COUNTY OF SISKIYOU; ALEX          JURY TRIAL DEMANDED
     NISHIMURA, individually and in his
20   capacity as an agent of the CALIFORNIA
     SECRETARY OF STATE; the COUNTY
21   OF SISKIYOU; CALIFORNIA
     DEPARTMENT OF FORESTRY AND
22   FIRE PROTECTION Does 1-20, in their
     individual capacity; and DOES 1-20,
23   inclusive.

24

25                 Defendants.

26

27

28
                              1

## AFFIDAVIT OF NENG LOR MOUA

I, Neng Lor Moua, do hereby declare:

1.   My true and correct name is Neng Lor Moua.

2.   On September 7, 2016, I left my property – located in Siskiyou County - to buy food in town.

3.   While I was absent from my property, law enforcement arrived and searched my property without my permission.

4.   The officers cut the lock on my gate and also cut the lock on the door of my house.

5.   The officers searched through my house, leaving all my belongings in disarray on the floor.

6.   My neighbors advised me that the officers were behaving "like thieves" during the search.

7.   When I returned to my property and saw the damage, I felt as though I had been treated like an animal, not a human, and cried.

8.   When I relayed what happened to my wife over the telephone, she also cried and felt close to having a heart attack. She remained unwell for an additional three (3) days.

9.   I have registered to vote for the first time ever, but after witnessing the retaliation going on now in Siskiyou County against Asian people, I have no plans to vote on November 8, 2016.

10.  I am afraid I will be arrested if I attempt to vote on November 8, 2016, based upon information given to many people I know by both the Siskiyou County Sheriff and the Secretary of State.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of October 2016, at San Francisco, California.

Dated: October 29, 2016

NENG LOR MOUA, aka VICTOR YANG

2

1    Kyndra S. Miller, CASBN: 224343
     Randolph E. Daar, CASBN: 88195
2    Brian Ford, CASBN: 305023
     506 Broadway
3    San Francisco, CA 94133
     Telephone: 415/986-5591
4
     Attorneys for Plaintiffs
5

6

7

8
                        UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11
     JESSE VANG; WANG CHANG; JOUA          No.
12   CHAO MOUA; ALEXANDER VANG;
     DANG XIONG; DOLLARSAI YURGH;
13   JOUA YENG VANG; MANISY MOUA;
     POUA VANG; RICHARD VANG; and
14   DOES 1-200,
                                           **AFFIDAVIT OF DAN XIONG IN SUPPORT OF**
15                Plaintiff,               **COMPLAINT FOR DECLARATORY RELIEF,**
                                           **TEMPORARY RESTRAINING ORDER,**
16         v.                              **PRELIMINARY INJUNCTION, PERMANENT**
                                           **INJUNCTION AND DAMAGES**
17   SHERIFF JON LOPEY, individually and in
     his capacity as Sheriff for the COUNTY
18   OF SISKIYOU; COLLEEN SETZER,          JURY TRIAL DEMANDED
     individually and in her capacity as Clerk
19   for the COUNTY OF SISKIYOU; ALEX
     NISHIMURA, individually and in his
20   capacity as an agent of the CALIFORNIA
     SECRETARY OF STATE; the COUNTY
21   OF SISKIYOU; CALIFORNIA
     DEPARTMENT OF FORESTRY AND
22   FIRE PROTECTION Does 1-20, in their
     individual capacity; and DOES 1-20,
23   inclusive.

24
                  Defendants.
25

26

27

28
                                      1

# AFFIDAVIT OF DAN XIONG

I, Dan Xiong, do hereby declare:

1.    My true and correct name is Dan Xiong. I am twenty-seven (27) years old.

2.    On September 7, 2016, the Sheriff came onto my property in Siskiyou County while I was not present.

3.    I returned to my property late in the evening, where I noticed the lock to my gate had been cut and the gate was left wide open.

4.    The door to my trailer had been broken down and my clothes had been strewn everywhere.

5.    The officers took all of my medical Cannabis plants.

6.    The officers took my Honda 8500 generator.

7.    The officers cut most of my water lines.

8.    The officers drank all my water and left the empty water bottles strewn about in disarray.

9.    I consider this harassment and hatred.

10.    I believe I was raided by the Sheriff in retaliation for registering to vote ahead of the June 7, 2016, election, and that the Sheriff obtained my information from my voter registration. This was my first time voting.

11.    I do not intend to vote on November 8, 2016, or ever again, out of fear of retaliation.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of October 2016, at San Francisco, California.

Dated: October 29, 2016                    _____/s/ DAN XIONG_____

                                           DAN XIONG

2

1   Kyndra S. Miller, CASBN: 224343
    Randolph E. Daar, CASBN: 88195
2   Brian Ford, CASBN: 305023
    506 Broadway
3   San Francisco, CA 94133
    Telephone: 415/986-5591
4
    Attorneys for Plaintiffs
5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11   JESSE VANG; WANG CHANG; JOUA          No.
12   CHAO MOUA; ALEXANDER VANG;
     DANG XIONG; DOLLARSAI YURGH;
13   JOUA YENG VANG; MANISY MOUA;
     POUA VANG; RICHARD VANG; and
14   DOES 1-200,
                                           **AFFIDAVIT OF YERSENG VUE IN SUPPORT**
15              Plaintiff,                  **OF COMPLAINT FOR DECLARATORY**
                                           **RELIEF, TEMPORARY RESTRAINING**
16        v.                               **ORDER, PRELIMINARY INJUNCTION,**
                                           **PERMANENT INJUNCTION AND DAMAGES**
17   SHERIFF JON LOPEY, individually and in
     his capacity as Sheriff for the COUNTY
18   OF SISKIYOU; COLLEEN SETZER,           JURY TRIAL DEMANDED
     individually and in her capacity as Clerk
19   for the COUNTY OF SISKIYOU; ALEX
     NISHIMURA, individually and in his
20   capacity as an agent of the CALIFORNIA
     SECRETARY OF STATE; the COUNTY
21   OF SISKIYOU; CALIFORNIA
     DEPARTMENT OF FORESTRY AND
22   FIRE PROTECTION Does 1-20, in their
     individual capacity; and DOES 1-20,
23   inclusive.
24
                Defendants.
25

26

27

28
                              1

# AFFIDAVIT OF YERSENG VUE

I, Yerseng Vue, do hereby declare:

1.  My true and correct name is Yerseng Vue.

2.  On September 13, 2016, representatives of the Siskiyou County Sheriff's Department came onto my property, which is located in Siskiyou County.

3.  The officers cut the lock on my gate and came onto my property in unmarked cars and armed with guns.  The guns were larger than a handgun, but I could not tell exactly what type of big gun they were carrying.

4.  Because I had no indication that the armed people were law enforcement, I feared a robbery and fled to the rear of my property.

5.  There was no search warrant left at the property. I was only left one sheet of paper, a search warrant property receipt from the Siskiyou County Sheriff Department, showing what the officers had taken from my property.

6.  My personal belongings had been searched and left in messy disarray.

7.  I believe that the Sheriff is retaliating against me voting on June 7, 2016.  I believe that they got my information from my voter registration form.

8.  I have no plans to vote on November 8, 2016, for fear of further retaliation.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of October 2016, at San Francisco, California.

Dated: October 29, 2016

YERSENG VUE

Kyndra S. Miller, CASBN: 224343
Randolph E. Daar, CASBN: 88195
Brian Ford, CASBN: 305023
506 Broadway
San Francisco, CA 94133
Telephone: 415/986-5591

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JESSE VANG; WANG CHANG; JOUA CHAO MOUA; ALEXANDER VANG; DANG XIONG; DOLLARSAI YURGH; JOUA YENG VANG; MANISY MOUA; POUA VANG; RICHARD VANG; and DOES 1-200,<br><br>          Plaintiff,<br><br>   v.<br><br>SHERIFF JON LOPEY, individually and in his capacity as Sheriff for the COUNTY OF SISKIYOU; COLLEEN SETZER, individually and in her capacity as Clerk for the COUNTY OF SISKIYOU; ALEX NISHIMURA, individually and in his capacity as an agent of the CALIFORNIA SECRETARY OF STATE; the COUNTY OF SISKIYOU; CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION Does 1-20, in their individual capacity; and DOES 1-20, inclusive.<br><br>          Defendants. | No.<br><br><br>**AFFIDAVIT OF PANG VUE IN SUPPORT OF COMPLAINT FOR DECLARATORY RELIEF, TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, PERMANENT INJUNCTION AND DAMAGES**<br><br><br>JURY TRIAL DEMANDED |

1

**AFFIDAVIT OF PANG VUE**

I, Pang Vue, do hereby declare:

1.    My true and correct name is Pang Vue.

2.    On September 13, 2016, I was not at my property, which is located in Siskiyou County; at the time law enforcement came onto my property.

3.    The law enforcement officers forced an entry into my property by cutting my locks on the entry gate.

4.    They cut and took all my Cannabis plants, a generator Honda EU7000 W., one (1) water pump, and a tree branch trimmer from my property.

5.    They searched and tossed my personal belongings everywhere. They left trash all over my property.

6.    They left behind a search warrant and a search warrant property receipt.

7.    After I got back to my property, I sat and cried for hours, scared of the actions of the Siskiyou County law enforcement officers.

8.    I feel like since I voted on June 7, 2016, the county has my personal information and they gave it to the Sheriff's to raid my property.

9.    If I don't vote, maybe they won't have my personal information and they might not raid my property.

10.   I will not vote again or on November 8, 2016.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of October 2016, at San Francisco, California.

Dated: October 29, 2016          _Pong ue_____

                                 Pang Vue

2

Kyndra S. Miller, CASBN: 224343
Randolph E. Daar, CASBN: 88195
Brian Ford, CASBN: 305023
506 Broadway
San Francisco, CA 94133
Telephone: 415/986-5591

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JESSE VANG; WANG CHANG; JOUA
CHAO MOUA; ALEXANDER VANG;
DANG XIONG; DOLLARSAI YURGH;
JOUA YENG VANG; MANISY MOUA;
POUA VANG; RICHARD VANG; and
DOES 1-200,

              Plaintiff,

    v.

SHERIFF JON LOPEY, individually and in
his capacity as Sheriff for the COUNTY
OF SISKIYOU; COLLEEN SETZER,
individually and in her capacity as Clerk
for the COUNTY OF SISKIYOU; ALEX
NISHIMURA, individually and in his
capacity as an agent of the CALIFORNIA
SECRETARY OF STATE; the COUNTY
OF SISKIYOU; CALIFORNIA
DEPARTMENT OF FORESTRY AND
FIRE PROTECTION Does 1-20, in their
individual capacity; and DOES 1-20,
inclusive.

              Defendants.

No.

**AFFIDAVIT OF TOUA YANG IN SUPPORT
OF COMPLAINT FOR DECLARATORY
RELIEF, TEMPORARY RESTRAINING
ORDER, PRELIMINARY INJUNCTION,
PERMANENT INJUNCTION AND DAMAGES**

JURY TRIAL DEMANDED

1

# AFFIDAVIT OF TOUA YANG

I, Toua Yang, do hereby declare:

1. My true and correct name is Toua Yang.

2. I am currently 45 years of age.

3. I own a parcel in Siskiyou County with the APN 003-650-190, on which my mother and brother live.

4. On September 21, 2016 Siskiyou County Sheriff's officers executed a search warrant on the property next to mine, APN 003-650-500.

5. After they searched that property, the officers cut the wire fence between that property and mine, and entered my property without a warrant.

6. When they entered my property, they detained my brother and took him to the property next door.

7. They would not allow my brother to speak or inquire about warrants.

8. The officers then destroyed all of the medical Cannabis plants on my property and ransacked the RVs my mother and brother live in, permanently destroying the doors.

9. The officers took a Honda generator, our water pump and other personal effects that have not been accounted for.

10. They then took all of the plants from my property over to the property for which they did have a warrant.

11. They then counted the plants from my property on the warrant for my neighbor's property and had him sign for it all, then gave my brother a copy of the search warrant for the other parcel.

12. They also took $400 out of my brother's wallet and did not return it.

13. My brother has not been charged with a crime.

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of October 2016, at San Francisco, California.

Dated: October 29, 2016                      _Tong Yang_____

                                             TOUA YANG

3

1  Kyndra S. Miller, CASBN: 224343
   Randolph E. Daar, CASBN: 88195
2  Brian Ford, CASBN: 305023
   506 Broadway
3  San Francisco, CA 94133
   Telephone: 415/986-5591
4
   Attorneys for Plaintiffs
5

6

7

8                 UNITED STATES DISTRICT COURT
9
             EASTERN DISTRICT OF CALIFORNIA
10

11 JESSE VANG; WANG CHANG; JOUA          No.
   CHAO MOUA; ALEXANDER VANG;
12 DANG XIONG; DOLLARSAI YURGH;
   JOUA YENG VANG; MANISY MOUA;
13 POUA VANG; RICHARD VANG; and
   DOES 1-200,
14                                        **AFFIDAVIT OF TOUA VANG IN SUPPORT OF**
                                          **COMPLAINT FOR DECLARATORY RELIEF,**
15              Plaintiff,                **TEMPORARY RESTRAINING ORDER,**
                                          **PRELIMINARY INJUNCTION, PERMANENT**
16         v.                             **INJUNCTION AND DAMAGES**

17 SHERIFF JON LOPEY, individually and in
   his capacity as Sheriff for the COUNTY
18 OF SISKIYOU; COLLEEN SETZER,           **JURY TRIAL DEMANDED**
   individually and in her capacity as Clerk
19 for the COUNTY OF SISKIYOU; ALEX
   NISHIMURA, individually and in his
20 capacity as an agent of the CALIFORNIA
   SECRETARY OF STATE; the COUNTY
21 OF SISKIYOU; CALIFORNIA
   DEPARTMENT OF FORESTRY AND
22 FIRE PROTECTION Does 1-20, in their
   individual capacity; and DOES 1-20,
23 inclusive.
24
                Defendants.
25

26

27

28
                          1

**AFFIDAVIT OF TOUA VANG**

I, Toua Vang, do hereby declare:

1.     My true and correct name is Toua Vang.

2.     I moved to my home in Hornbrook, CA (Siskiyou County) seeking a quiet and peaceful place to retire after working ten (10) years as a cattle rancher and machinist in South Carolina.

3.     I am a kidney transplant patient with a doctor's recommendation for medical Cannabis.

4.     The Sheriff entered my property on October 4, 2016.

5.     Six (6) of my relatives used my home as a mailing address, and those individuals' voting material was the only paperwork taken from the house.

6.     As a result, I will not be voting on November 8, 2016, out of fear of further retaliation.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th  day of October 2016, at San Francisco, California.


Dated: October 29th, 2016              _____

                                        TOUA VANG

2

1   Kyndra S. Miller, CASBN: 224343
    Randolph E. Daar, CASBN: 88195
2   Brian Ford, CASBN: 305023
    506 Broadway
3   San Francisco, CA 94133
    Telephone: 415/986-5591
4
    Attorneys for Plaintiffs
5

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   JESSE VANG; WANG CHANG; JOUA          No.
     CHAO MOUA; ALEXANDER VANG;
12   DANG XIONG; DOLLARSAI YURGH;
     JOUA YENG VANG; MANISY MOUA;
13   POUA VANG; RICHARD VANG; and
     DOES 1-200,
14                                         **AFFIDAVIT OF FRANCIS MUA IN SUPPORT
                                           OF COMPLAINT FOR DECLARATORY
15              Plaintiff,                  RELIEF, TEMPORARY RESTRAINING
                                           ORDER, PRELIMINARY INJUNCTION,
16        v.                               PERMANENT INJUNCTION AND DAMAGES**

17   SHERIFF JON LOPEY, individually and in
     his capacity as Sheriff for the COUNTY
18   OF SISKIYOU; COLLEEN SETZER,          JURY TRIAL DEMANDED
     individually and in her capacity as Clerk
19   for the COUNTY OF SISKIYOU; ALEX
     NISHIMURA, individually and in his
20   capacity as an agent of the CALIFORNIA
     SECRETARY OF STATE; the COUNTY
21   OF SISKIYOU; CALIFORNIA
     DEPARTMENT OF FORESTRY AND
22   FIRE PROTECTION Does 1-20, in their
     individual capacity; and DOES 1-20,
23   inclusive.

24

25              Defendants.

26

27

28
                                   1

# AFFIDAVIT OF FRANCIS MUA

I, Francis Mua, do hereby declare:

1.    My true and correct name is Francis Mua.

2.    I am currently 52 years of age.

3.    I live in Siskiyou County

4.    I went to vote at the McCloud polling place on June 7, 2016 but my name was not on the rolls and they told me to go to Mt. Shasta.

5.    My name was not on the list at the Mt Shasta polling place and they told me to go back to McCloud.

6.    I returned to the McCloud polling place and cast a provisional ballot.

7.    I stayed at the polling station as a polling monitor on behalf of the Hmong Community and the ACLU.

8.    I observed that the majority of Asian people who came to vote that day were not on the rolls, despite having registered, and were forced to cast a provisional ballot.

9.    On October 6, 2016 the Siskiyou Sheriff's department raided my property while I was at the gas station.

10.   When I returned I observed 6 trucks and a dozen officers who were cutting my plants and grinding them up with a tree mulcher.

11.   The officers took my generator and several receipts from my trailer, and left my trailer in disarray.

12.   I believe that the raid may be in retaliation for voting and for observing the polls.

13.   I hope to vote on November 8th as is my right as an American citizen.

1   I hereby declare under penalty of perjury that the foregoing is true and correct.

2   Executed this 29th day of October 2016, at San Francisco, California.

3

4         Dated: October 29, 2016

5

6                                                    FRANCIS MUA

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3

1  Kyndra S. Miller, CASBN: 224343
   Randolph E. Daar, CASBN: 88195
2  Brian Ford, CASBN: 305023
   506 Broadway
3  San Francisco, CA 94133
   Telephone: 415/986-5591
4
   Attorneys for Plaintiffs
5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  JESSE VANG; WANG CHANG; JOUA                No.
    CHAO MOUA; ALEXANDER VANG;
12  DANG XIONG; DOLLARSAI YURGH;
    JOUA YENG VANG; MANISY MOUA;
13  POUA VANG; RICHARD VANG; and
    DOES 1-200,
14                                              **AFFIDAVIT OF KAO VANG IN SUPPORT OF**
                                                **COMPLAINT FOR DECLARATORY RELIEF,**
15              Plaintiff,                       **TEMPORARY RESTRAINING ORDER,**
                                                **PRELIMINARY INJUNCTION, PERMANENT**
16         v.                                   **INJUNCTION AND DAMAGES**

17  SHERIFF JON LOPEY, individually and in
    his capacity as Sheriff for the COUNTY
18  OF SISKIYOU; COLLEEN SETZER,                **JURY TRIAL DEMANDED**
    individually and in her capacity as Clerk
19  for the COUNTY OF SISKIYOU; ALEX
    NISHIMURA, individually and in his
20  capacity as an agent of the CALIFORNIA
    SECRETARY OF STATE; the COUNTY
21  OF SISKIYOU; CALIFORNIA
    DEPARTMENT OF FORESTRY AND
22  FIRE PROTECTION Does 1-20, in their
    individual capacity; and DOES 1-20,
23  inclusive.

24
                Defendants.
25

26

27

28
                                    1

**AFFIDAVIT OF KAO VANG**

I, Kao Vang, do hereby declare:

1.    My true and correct name is Kao Vang.

2.    On October 6, 2016, I was cooking food on my property in Siskiyou County with my husband.

3.    My husband and I heard noises and saw a number of people with M-16 rifles trying to force their way onto our property.

4.    My husband told me to run and hide, fearing it was thieves.

5.    I hid in a bush about 5 to 10 feet away from the garden fence.

6.    I heard the men shouting at my husband to stop or they would shoot, but I couldn't see what was happening.

7.    I heard my dog barking repeatedly, but then abruptly stop.

8.    I was terrified and began praying for my husband's safety.

9.    I overhead a male officer say: "we should just wait till they start harvest and just take the products nicely like the one that's hung to dry like this one."

10.    I overheard the other officers cheering and talking in happy tones.

11.    I heard the officers eating the food I had been cooking.

12.    I was frightened worse than during the Vietnam War, when my parents were trying to protect us.

13.    I remained kneeling in the bushes for hours, my heart painful with fear, until my body went numb and I could no longer hear anyone on my property.

14.    When I peeked out of the bush where I was hiding, I saw a white pick-up truck with no official markings leaving the property.

15.    I tried to move but after hiding for so long my body was in too much pain, and all I could do was lie down and cry, hoping my husband was safe.

16.    After a while I was able to move enough to start checking on my property.

2

17. I saw my dog laying still; he looked at me and then closed his eye again.

18. The locks to our two gates had been cut, as had the lock to the Cannabis garden gate.

19. My car had been moved.

20. All of our Cannabis plants had been cut and removed.

21. My trailer was in complete disarray, including a broken bed and an overturned couch.

22. All the food I had been cooking was eaten, and the officers drank all of our water, with the water bottles strewn about in disarray with trash on the floor.

23. My husband returned home and we cried together at the horror of what had just happened.

24. For the past several days I have been unable to eat or sleep, and suffer extreme anxiety for my family's safety.

25. We were raided in retaliation for voting on June 7, 2016.

26. This is part of a discriminatory series of attacks on the Asian community in Siskiyou County.

27. I do not intend to vote on November 8, 2016, as a result of these actions.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of October 2016, at San Francisco, California.

Dated: October 29th, 2016

KAO VANG

3

1   Kyndra S. Miller, CASBN: 224343
    Randolph E. Daar, CASBN: 88195
2   Brian Ford, CASBN: 305023
    506 Broadway
3   San Francisco, CA 94133
    Telephone: 415/986-5591
4
    Attorneys for Plaintiffs
5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  JESSE VANG; WANG CHANG; JOUA            No.
    CHAO MOUA; ALEXANDER VANG;
12  DANG XIONG; DOLLARSAI YURGH;
    JOUA YENG VANG; MANISY MOUA;
13  POUA VANG; RICHARD VANG; and
    DOES 1-200,
14                                          **AFFIDAVIT OF TONY HER IN SUPPORT OF
                                            COMPLAINT FOR DECLARATORY RELIEF,**
15              Plaintiff,                   **TEMPORARY RESTRAINING ORDER,
                                            PRELIMINARY INJUNCTION, PERMANENT**
16      v.                                   **INJUNCTION AND DAMAGES**

17  SHERIFF JON LOPEY, individually and in
    his capacity as Sheriff for the COUNTY
18  OF SISKIYOU; COLLEEN SETZER,             JURY TRIAL DEMANDED
    individually and in her capacity as Clerk
19  for the COUNTY OF SISKIYOU; ALEX
    NISHIMURA, individually and in his
20  capacity as an agent of the CALIFORNIA
    SECRETARY OF STATE; the COUNTY
21  OF SISKIYOU; CALIFORNIA
    DEPARTMENT OF FORESTRY AND
22  FIRE PROTECTION Does 1-20, in their
    individual capacity; and DOES 1-20,
23  inclusive.

24

25              Defendants.

26

27

28
                                            1

**AFFIDAVIT OF TONY HER**

I, Tony Her, do hereby declare:

1.    My true and correct name is Tony Her. I am fifty-five (55) years old.

2.    On October 6, 2016, one male and one female Sheriff's Officer in uniform came onto my property, which is located in Siskiyou County.

3.    The Sheriff's officers entered from the rear of my property, pointing their weapons at me and telling me not to move or they will shoot.

4.    The officers instructed me to raise my hands in the air and slowly walk towards them.

5.    The officers asked me if I had any weapons, to which I answered "no."

6.    The female officer cuffed my hands behind my back and both officers took me to my girlfriend's property.  Her name is Yer Yang Lor and her property is approximately 800 feet from my property.

7.    When we arrived at my girlfriend's property, I asked the male officer his name, to which he responded he was Sheriff Jones.  Sheriff Jones appeared to be in charge.

8.    I asked Sheriff Jones if he had a search warrant, to which he responded he would give them to me "in a minute."

9.    I asked Sheriff Jones if the search warrant had been signed by a judge, to which he responded "yes."

10.    Sheriff Jones asked me to translate for Yer Yang Lor.

11.    Sheriff Jones asked me to tell Yer Yang Lor that if she and I gave him an interview, we would not be prosecuted. Both Yer Yang Lor and I declined to be interviewed.

12.    I asked Sheriff Jones for a second time if he had a search warrant signed by a judge.  Sheriff Jones responded "yes, it's signed by a judge and I will give it to you in a minute."

13.    At this point I noticed there were five (5) Sheriff's officers and six (6) army personnel spread out on our property, chopping down our Cannabis plants.  I still had not seen the search warrant at this time.

2

14.     I asked Sheriff Jones for the search warrant a third time, bringing his attention to the fact that law enforcement was chopping our Cannabis plants.

15.     Sheriff Jones replied "Sir, I will give it to you and it's signed by a judge, ok?" I told Sheriff Jones I just wanted to be sure. He seemed to be upset.

16.     Sheriff Jones then walked away from me towards his truck. When he returned he asked me once more if I would answer some questions. I – again - declined to answer any questions.

17.     Shortly thereafter, the law enforcement officers left my property.

18.     On or about May 17, 2016, I registered to vote. I received a letter from the Secretary of State stating that I needed to provide them with additional information in connection with my voter registration form. I did not respond to the letter.

19.     On June 7, 2016, I went to the Yreka library to vote. When I got there, I saw a sheriff's deputy. After seeing the sheriff's deputy, I was too afraid to vote and decided to leave the polling site without voting.

20.     Other people in the Asian community told me that if I got a letter from either Siskiyou County or the Secretary of State that I may get arrested if I attempt to vote. Out of fear of being arrested, I declined to vote on June 7, 2016.

21.     I became a citizen of the United States in 1990. I was living in the State of Kansas at the time. When I lived in Kansas, I voted in every election without any problems. It was easy. I never had problems voting until I moved to Siskiyou County, California.

22.     I do not intend on voting on November 8, 2016 because of the retaliation happening right now in Siskiyou County against Asian residents, I am too fearful to ever vote again.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of October 2016, at San Francisco, California.

Dated: October 29, 2016          ____/s/ TONY HER_____

                                            TONY HER

3

1    Kyndra S. Miller, CASBN: 224343
     Randolph E. Daar, CASBN: 88195
2    Brian Ford, CASBN: 305023
     506 Broadway
3    San Francisco, CA 94133
     Telephone: 415/986-5591
4

   Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    JESSE VANG; WANG CHANG; JOUA       No.
     CHAO MOUA; ALEXANDER VANG;
12    DANG XIONG; DOLLARSAI YURGH;
     JOUA YENG VANG; MANISY MOUA;
13    POUA VANG; RICHARD VANG; and
     DOES 1-200,
14                             **AFFIDAVIT OF TOUA LIA XIONG IN**
            Plaintiff,            **SUPPORT OF COMPLAINT FOR**
15                             **DECLARATORY RELIEF, TEMPORARY**
                            **RESTRAINING ORDER, PRELIMINARY**
16        v.                       **INJUNCTION, PERMANENT INJUNCTION**
                            **AND DAMAGES**
17    SHERIFF JON LOPEY, individually and in
     his capacity as Sheriff for the COUNTY
18    OF SISKIYOU; COLLEEN SETZER,
     individually and in her capacity as Clerk      JURY TRIAL DEMANDED
19    for the COUNTY OF SISKIYOU; ALEX
     NISHIMURA, individually and in his
20    capacity as an agent of the CALIFORNIA
     SECRETARY OF STATE; the COUNTY
21    OF SISKIYOU; CALIFORNIA
     DEPARTMENT OF FORESTRY AND
22    FIRE PROTECTION Does 1-20, in their
     individual capacity; and DOES 1-20,
23    inclusive.

24

25             Defendants.

26

27

28

                                 1

# AFFIDAVIT OF TOU LIA XIONG

I, Tou Lia Xiong, do hereby declare:

1.      My true and correct name is Tou Lia Xiong.  I am fifty-three (53) years old.

2.      On October 6, 2016, I was on my property in Siskiyou County with my wife, who was cooking at the time.

3.      I am a wounded war veteran collecting disability.  I am a medical Cannabis patient.

4.      At approximately 7:30 am, I heard noises around my second gate and I went to investigate.

5.      I saw a number of people dressed in green with weapons drawn; one person was carrying an M-16 rifle.  The people attempted to force their way onto the property.

6.      Fearing thieves, I told my wife to go hide.

7.      As my wife ran towards the back of the property, I ran in the opposite direction, catching the attention of the people with guns.

8.      They yelled at me to stop or they would shoot, and pursued me for around 1,200 feet until I could not run any longer – and fell down.

9.      I was scared for my life and shaking.

10.      When the people with guns caught up to me, they pointed a gun to my head, dragged me by my feet, handcuffed me and began marching me back towards my home.

11.      At this point, there were at least thirty (30) people on my property, dressed in both green army uniforms and blue sheriff uniforms.

12.      When I arrived at the jail, the officers relieved me of all of my personal belongings and put me in a cell.

13.      I was still very frightened and upset at this point, and my stomach began to hurt.

14.      I needed to use the restroom, but there was no toilet paper in the cell.

15.      I asked the two observing officers to give me some toilet paper.

2

16.     One officer simply looked at me with hatred and turned and walked away, while the other officer laughed at me before saying "bye-bye."  Both officers left without giving me toilet paper.

17.     I had to clean myself after using the toilet by using my hand and then washing my hand later.

18.     I later asked the female officer for some toilet paper, and she provided me with a few sheets.

19.     The officers took me out of my cell, fingerprinted me, and told me that I was free to go.

20.     When I got home, I saw that my trailer had been entered and left in total disarray, including a broken bed and an overturned sofa.

21.     The officers ate a full rack of barbeque ribs that my wife had been cooking all morning.  They drank one case of water (approximately 30 bottles), and left the empty bottles – and other trash - all over the floor.

22.     I noticed my dog looking sluggish and saw marks on his leg; I believe that the officers used a Taser on my dog.

23.     My dog remained sluggish and unwell for a number of days after the incident.

24.     Since the incident, I have had trouble eating and sleeping.  My energy is drained and my heart aches.  I worry for my family's safety every second of the day.

25.     I feel that this could happen again to my family at any minute.

26.     I registered to vote ahead of the June 7, 2016 election because I believed that voting was important.

27.     I am afraid to vote on November 8, 2016, or in any future election in Siskiyou County because of what the Sheriff's officers did to my family and me.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th  day of October 2016, at San Francisco, California.

Dated: October 29th, 2016

TOU LIA XIONG

3

1  | Kyndra S. Miller, CASBN: 224343
   | Randolph E. Daar, CASBN: 88195
2  | Brian Ford, CASBN: 305023
   | 506 Broadway
3  | San Francisco, CA 94133
   | Telephone: 415/986-5591
4  |
   | Attorneys for Plaintiffs
5  |
6  |
7  |
8  |                     UNITED STATES DISTRICT COURT
9  |                     EASTERN DISTRICT OF CALIFORNIA
10 |
11 |
   | JESSE VANG; WANG CHANG; JOUA          No.
12 | CHAO MOUA; ALEXANDER VANG;
   | DANG XIONG; DOLLARSAI YURGH;
13 | JOUA YENG VANG; MANISY MOUA;
   | POUA VANG; RICHARD VANG; and
14 | DOES 1-200,                           **AFFIDAVIT OF DANG XIONG IN SUPPORT
   |                                       OF COMPLAINT FOR DECLARATORY
15 |              Plaintiff,               RELIEF, TEMPORARY RESTRAINING
   |                                       ORDER, PRELIMINARY INJUNCTION,
16 |      v.                               PERMANENT INJUNCTION AND DAMAGES**
17 | SHERIFF JON LOPEY, individually and in
   | his capacity as Sheriff for the COUNTY
18 | OF SISKIYOU; COLLEEN SETZER,          JURY TRIAL DEMANDED
   | individually and in her capacity as Clerk
19 | for the COUNTY OF SISKIYOU; ALEX
   | NISHIMURA, individually and in his
20 | capacity as an agent of the CALIFORNIA
   | SECRETARY OF STATE; the COUNTY
21 | OF SISKIYOU; CALIFORNIA
   | DEPARTMENT OF FORESTRY AND
22 | FIRE PROTECTION Does 1-20, in their
23 | individual capacity; and DOES 1-20,
   | inclusive.
24 |
25 |              Defendants.
26 |
27 |
28 |

                                         1

# AFFIDAVIT OF DANG XIONG

I, Dang Xiong, do hereby declare:

1.  My true and correct name is Dang Xiong.

2.  On October 13, 2016, the Sheriff came onto my property and cut both the lock and the chain to my gate.

3.  The "No Trespassing" signs given to me by my attorney were knocked down and torn apart.

4.  The Sheriff searched my property, including my RVs, and left my property in disarray.

5.  The Sheriff also took my Honda EU2000i generator.

6.  The Sheriff's officers were heavily armed with both handguns and assault rifles.

7.  The Sheriff's officers also brought along dogs that chased us.

8.  I was arrested, handcuffed, and taken to jail.

9.  I was in fear for my life.

10.  It is my belief that the Siskiyou County Sheriff and his representative officers acted illegally in stealing from my property.

11.  I am afraid to vote because of the way that I was treated, and the way that other Asians in Siskiyou County are being treated.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of October 2016, at San Francisco, California.


Dated: October 29, 2016

DAN XIONG

2

1  Kyndra S. Miller, CASBN: 224343
   Randolph E. Daar, CASBN: 88195
2  Brian Ford, CASBN: 305023
   506 Broadway
3  San Francisco, CA 94133
   Telephone: 415/986-5591
4
   Attorneys for Plaintiffs
5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11
   JESSE VANG; WANG CHANG; JOUA          No.
12 CHAO MOUA; ALEXANDER VANG;
   DANG XIONG; DOLLARSAI YURGH;
13 JOUA YENG VANG; MANISY MOUA;
   POUA VANG; RICHARD VANG; and
14 DOES 1-200,
                                         **AFFIDAVIT OF YER XIONG VANG IN**
15           Plaintiff,                   **SUPPORT OF COMPLAINT FOR**
                                         **DECLARATORY RELIEF, TEMPORARY**
16      v.                               **RESTRAINING ORDER, PRELIMINARY**
                                         **INJUNCTION, PERMANENT INJUNCTION**
17 SHERIFF JON LOPEY, individually and in **AND DAMAGES**
   his capacity as Sheriff for the COUNTY
18 OF SISKIYOU; COLLEEN SETZER,
   individually and in her capacity as Clerk
19 for the COUNTY OF SISKIYOU; ALEX       JURY TRIAL DEMANDED
   NISHIMURA, individually and in his
20 capacity as an agent of the CALIFORNIA
   SECRETARY OF STATE; the COUNTY
21 OF SISKIYOU; CALIFORNIA
   DEPARTMENT OF FORESTRY AND
22 FIRE PROTECTION Does 1-20, in their
   individual capacity; and DOES 1-20,
23 inclusive.
24
             Defendants.
25

26

27

28
                                1

**AFFIDAVIT OF YER XIONG VANG**

I, Yer Xiong Vang, do hereby declare:

1.      My true and correct name is Yer Xiong Vang.

2.      On October 20, 2016, Sheriff's officers arrived at my property, which is located in Siskiyou County.

3.      I saw rifles pointed everywhere and heard them shouting "Don't move or we will shoot."

4.      I heard chopping and cracking noises and saw my fence being broken. I was afraid and ran away from the officers.  The officers tried to chase me but I kept running farther away.

5.      The officers then brought in dogs to find me, but were unsuccessful.

6.      I was extremely frightened, I was out of breath and my heart was pounding, but I felt I had no choice but to keep running.

7.      After a few hours, I returned to my trailer to find the door wide open and the contents in complete disarray.

8.      I registered to vote for the first time in my life ahead of the June 7, 2016 election.

9.      I feel that in retaliation for this, my property was raided and I am being harassed and chased by dogs. My two next door neighbors did not register to vote and they were not raided.

10.      I do not plan to vote on November 8, 2016 as a result of this experience. The actions of the Siskiyou County law enforcement officers have left me depressed and devastated.

11.      I moved here to retire and leave peacefully in the community, but that is not what is happening.  I am being targeted because I am of Asian descent.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th  day of October 2016, at San Francisco, California.


Dated: October 29, 2016                    _Yer Xiong Vang_

                                                          YER XIONG VANG

2

1  Kyndra S. Miller, CASBN: 224343
   Randolph E. Daar, CASBN: 88195
2  Brian Ford, CASBN: 305023
   506 Broadway
3  San Francisco, CA 94133
   Telephone: 415/986-5591
4
   Attorneys for Plaintiffs
5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11
   JESSE VANG; WANG CHANG; JOUA          No.
12 CHAO MOUA; ALEXANDER VANG;
   DANG XIONG; DOLLARSAI YURGH;
13 JOUA YENG VANG; MANISY MOUA;
   POUA VANG; RICHARD VANG; and
14 DOES 1-200,
                                         **AFFIDAVIT OF JOUA YENG VANG IN**
15              Plaintiff,               **SUPPORT OF COMPLAINT FOR**
                                         **DECLARATORY RELIEF, TEMPORARY**
16        v.                             **RESTRAINING ORDER, PRELIMINARY**
                                         **INJUNCTION, PERMANENT INJUNCTION**
17 SHERIFF JON LOPEY, individually and in **AND DAMAGES**
   his capacity as Sheriff for the COUNTY
18 OF SISKIYOU; COLLEEN SETZER,
   individually and in her capacity as Clerk
19 for the COUNTY OF SISKIYOU; ALEX       JURY TRIAL DEMANDED
   NISHIMURA, individually and in his
20 capacity as an agent of the CALIFORNIA
   SECRETARY OF STATE; the COUNTY
21 OF SISKIYOU; CALIFORNIA
   DEPARTMENT OF FORESTRY AND
22 FIRE PROTECTION Does 1-20, in their
   individual capacity; and DOES 1-20,
23 inclusive.

24
               Defendants.
25

26

27

28

                              1

# AFFIDAVIT OF JOUA YENG VANG

I, Joua Yeng Vang, do hereby declare:

1. My true and correct name is Joua Yeng Vang.

2. On October 20, 2016, around 8:00am, I heard a car drive by my property, which is located in Siskiyou County.

3. When I checked to see who it was, I saw what looked like a Sheriff's deputy standing by my front door holding a gun. He was not wearing a police uniform. He had on a vest, a gun holder and a badge. He was by himself.

4. After I saw him, I grabbed my identification and ran off of my property because I was afraid for my life.

5. I ran to a location where my brother-in-law could pick me up, and then we went to a hill where we could see what was happening on my property. I used binoculars to see the activity.

6. I saw that the chain on the gate had been cut, and the gate was knocked down.

7. The people stayed on my property for approximately two hours.

8. I returned to my property around 3:00pm on October 20, 2016. I noticed that they had taken my EU 7000 watt generator.

9. I feel like I have been treated like an animal instead of a human being. I was so shocked that this happened to me. I cannot eat or sleep because of the incident on October 20, 2016.

10. I escaped from the Communists. Now, I feel like I am meeting Communists again.

11. I am not going to vote because I do not feel like there is any justice.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of October 2016, at San Francisco, California.

Dated: October 29, 2016           __/s/ JOUA YENG VANG_____

                                  Joua Yeng Vang

2

Kyndra S. Miller, CASBN: 224343
Randolph E. Daar, CASBN: 88195
Brian Ford, CASBN: 305023
506 Broadway
San Francisco, CA 94133
Telephone: 415/986-5591

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE VANG; WANG CHANG; JOUA CHAO MOUA; ALEXANDER VANG; DANG XIONG; DOLLARSAI YURGH; JOUA YENG VANG; MANISY MOUA; POUA VANG; RICHARD VANG; and DOES 1-200,<br><br>          Plaintiff,<br><br>    v.<br><br>SHERIFF JON LOPEY, individually and in his capacity as Sheriff for the COUNTY OF SISKIYOU; COLLEEN SETZER, individually and in her capacity as Clerk for the COUNTY OF SISKIYOU; ALEX NISHIMURA, individually and in his capacity as an agent of the CALIFORNIA SECRETARY OF STATE; the COUNTY OF SISKIYOU; CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION Does 1-20, in their individual capacity; and DOES 1-20, inclusive.<br><br>          Defendants. | No.<br><br><br><br>**AFFIDAVIT OF DER THAO IN SUPPORT OF COMPLAINT FOR DECLARATORY RELIEF, TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, PERMANENT INJUNCTION AND DAMAGES**<br><br><br>JURY TRIAL DEMANDED |

1

# AFFIDAVIT OF DER THAO

I, Der Thao, do hereby declare:

1.  My true and correct name is Der Thao.

2.  On October 27, 2016, I was on my property, which is located in Siskiyou County, with my husband. It was morning time and we were cooking breakfast.

3.  I heard American voices yelling on the neighbors' property. I came out of the cooking area and saw a man pointing a gun at my female neighbor. The man was white and he was wearing a black hat. He was carrying a long gun and while he had the gun pointed at my neighbor, he was yelling "Stay! Stay! Stay!"

4.  After seeing this – I grabbed my purse and ran. I think my husband ran too.

5.  It was pouring rain when I ran off the property. I ran across the street and laid in the ground shaking in the cold.

6.  I eventually returned to my property with my husband. I discovered my property in disarray. The officers cut down my fence. My blankets and personal things were tossed on the floor and bed. My generator was missing.

7.  I am registered to vote in Siskiyou County in May 2016. I voted on June 7, 2016 on a provisional ballot.

8.  I do not know If I will vote on November 8, 2016 because I think that they might have used my personal information from the June election to raid my property. I am afraid they will come back because I do not think the County likes us Hmong people.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of October 2016, at San Francisco, California.

Dated: October 29, 2016         /s/ DER THAO

Der Thao

2

1 | Kyndra S. Miller, CASBN: 224343
2 | Randolph E. Daar, CASBN: 88195
    Brian Ford, CASBN: 305023
3 | 506 Broadway
    San Francisco, CA 94133
4 | Telephone: 415/986-5591

5 | Attorneys for Plaintiffs

6

7

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JESSE VANG; WANG CHANG; JOUA CHAO MOUA; ALEXANDER VANG; DANG XIONG; DOLLARSAI YURGH; JOUA YENG VANG; MANISY MOUA; POUA VANG; RICHARD VANG; and DOES 1-200, | No. |
| Plaintiff, | **AFFIDAVIT OF NICK SON XIONG IN SUPPORT OF COMPLAINT FOR DECLARATORY RELIEF, TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, PERMANENT INJUNCTION AND DAMAGES** |
| v. | |
| SHERIFF JON LOPEY, individually and in his capacity as Sheriff for the COUNTY OF SISKIYOU; COLLEEN SETZER, individually and in her capacity as Clerk for the COUNTY OF SISKIYOU; ALEX NISHIMURA, individually and in his capacity as an agent of the CALIFORNIA SECRETARY OF STATE; the COUNTY OF SISKIYOU; CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION Does 1-20, in their individual capacity; and DOES 1-20, inclusive. | JURY TRIAL DEMANDED |
| Defendants. | |

1

# AFFIDAVIT OF NICK SON XIONG

I, Nick Son Xiong, do hereby declare:

1.     My true and correct name is Nick Son Xiong.

2.     My wife and I live in a rental unit in the City of Yreka, in Siskiyou County, California.

3.     On October 27, 2016 – around mid-morning - my wife and I were cooking breakfast. I was putting food in a bowl for the Spirits. This is a Hmong cultural tradition. While I was doing this, my wife told me that she heard yelling on the other property. She said it sounded like American voices and told me that we needed to leave.

4.     My wife grabbed her purse and we started running. I was scared. It was pouring rain.

5.     We ran across the street to a different property. We hid under a branch and lay there on the ground.

6.     We were under a branch in the pouring rain for a long time because "they" went through the neighbor's property, our rental property, and the next door neighbors property.

7.     After a long time, we went back to the street and got a ride from the neighbor. We went to our cousin's place.

8.     We went back to our home the next morning to see the damage and if anything had been taken.

9.     They took the generator we used for our freezer. All of our food, including meat and vegetables went bad.

10.    I am registered to vote in Siskiyou County. I voted on June 7, 2016. I am not sure if I should vote on November 8, 2016 because I am afraid "they" will come back. I am not sure what to do.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th  day of October 2016, at San Francisco, California.

Dated: October 29, 2016          /s/ NICK SON XIONG

                                 Nick Son Xiong

2

1   Kyndra S. Miller, CASBN: 224343
    Randolph E. Daar, CASBN: 88195
2   Brian Ford, CASBN: 305023
    506 Broadway
3   San Francisco, CA 94133
    Telephone: 415/986-5591
4

    Attorneys for Plaintiffs
5

6

7

8                     UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10

11   JESSE VANG; WANG CHANG; JOUA       No.
    CHAO MOUA; ALEXANDER VANG;
12   DANG XIONG; DOLLARSAI YURGH;
    JOUA YENG VANG; MANISY MOUA;
13   POUA VANG; RICHARD VANG; and
    DOES 1-200,
14                           **AFFIDAVIT OF ANDY AHN IN SUPPORT OF**
                          **COMPLAINT FOR DECLARATORY RELIEF,**
15               Plaintiff,         **TEMPORARY RESTRAINING ORDER,**
                          **PRELIMINARY INJUNCTION, PERMANENT**
16         v.                   **INJUNCTION AND DAMAGES**

17   SHERIFF JON LOPEY, individually and in
    his capacity as Sheriff for the COUNTY
18   OF SISKIYOU; COLLEEN SETZER,       JURY TRIAL DEMANDED
    individually and in her capacity as Clerk
19   for the COUNTY OF SISKIYOU; ALEX
    NISHIMURA, individually and in his
20   capacity as an agent of the CALIFORNIA
    SECRETARY OF STATE; the COUNTY
21   OF SISKIYOU; CALIFORNIA
    DEPARTMENT OF FORESTRY AND
22   FIRE PROTECTION Does 1-20, in their
    individual capacity; and DOES 1-20,
23   inclusive.
24

25               Defendants.
26

27

28

                                1

## AFFIDAVIT OF ANDY AHN

I, Andy Ahn, do hereby declare:

1. My true and correct name is Andy Ahn.

2. I am currently 50 years old; I immigrated to this country at age sixteen (16) with my parents.

3. I am a naturalized United States citizen.

4. My parents brought us to America because it was the land of opportunity, where dreams can be accomplished.

5. On October 22, 2016, at around 5:00 pm, my life was turned upside down when I saw a group of – what looked like US soldiers - on my property.

6. When I saw the group of armed men at my property, I began walking from my trailer to the gate.

7. A number of the soldiers were pointing weapons at me, and I said I was unarmed and had no weapons on my property.

8. An officer asked me whose car was blocking the gate to my property, and I told him it was mine.

9. He told me to move the car or else "I will find a way to move it."

10. I told the officer I would be happy to do so if he could provide a search warrant or court order allowing him to enter my property.

11. The officer took me off my property and showed me a paper for about five seconds, not long enough to read it.

12. While I was trying to read the document, the soldiers cut the lock to my gate and began to enter the property.

13. I said loudly that we were being harassed and called to another person on the property to call my attorney. He/She took out a cell phone and began recording the officers.

14. An officer responded to this by pointing a gun at the person recording and stating "don't you dare."

2

15.   At this point, the officer I was speaking to told me I had "crossed the line" and was going to be arrested.

16.   As he handcuffed me, I asked why I was being arrested.

17.   He responded that I was being arrested for "being an ass and playing smart."

18.   I was booked into the Yreka station and immediately released.

19.   Upon returning to my property, I saw all my Cannabis plants had been cut and removed and all my medical Cannabis had been taken.

20.   Since this incident, my insomnia has gotten worse and I cannot sleep; I feel hopeless.

21.   The search warrant receipts did not list the number of medical Cannabis plants removed from my property.

22.   The Google Map of my property that was affixed to the search warrant is three (3) years out of date.

23.   I feel these officers came here only to rob me.

24.   This experience has contradicted everything I believed about America: that it is a land of opportunity for immigrants.

25.   I have lost everything I own and now feel cynical about America.

26.   I registered to vote for the first time ahead of the June 7, 2016 election.

27.   I feel this retaliation is a direct result of my voter registration.

28.   I fear arrest if I vote on November 8, and plan not to vote.

29.   This is part of a pattern of harassment against the Asian community in Siskiyou County.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of October 2016, at San Francisco, California.

Dated: October 29, 2016          /s/ ANDY AHN

                                 ANDY AHN

3