1  SPINELLI, DONALD & NOTT
   A Professional Corporation
2  Domenic D. Spinelli, SBN: 131192
   Alison W. Winter, SBN 251084
3  Amy E. Williams, SBN 277192
   815 S Street, Second Floor
4  Sacramento, CA 95811
   Telephone: (916) 448-7888
5  Facsimile: (916) 448-6888

6  Attorneys for Defendants, Sheriff Jon Lopey,
   individually and in his capacity as Siskiyou
7  County Sheriff, Colleen Setzer, individually
   and in her capacity as Siskiyou County Clerk, and
8  the County of Siskiyou

9  [Additional Counsel on Next Page]

10

11              IN THE UNITED STATES DISTRICT COURT

12            IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

13

| JESSE VANG; WANG CHANG; JOUA CHAO MOUA; ALEXANDER VANG; DANG XIONG; DOLLARSAI YURGH; JOUA YENG VANG; MANISY MOUA; POUA VANG; RICHARD VANG; and DOES 1-200,<br><br>Plaintiffs,<br><br>vs.<br><br>SHERIFF JON LOPEY, individually and in his capacity as Sheriff for the COUNTY OF SISKIYOU; COLLEEN SETZER, individually and in her capacity as Clerk for the COUNTY OF SISKIYOU; ALEX NISHIMURA, individually and in his capacity as an agent of the CALIFORNIA SECRETARY OF STATE; the COUNTY OF SISKIYOU; CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION; Does 1-20, in their individual capacity; and DOES 1-20, inclusive<br><br>Defendants, | Case No.: 2:16-cv-02172-JAM-CMK<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT**<br><br>Complaint Filed: September 12, 2016<br><br><br><br>**[FEES EXEMPT PURSUANT TO GOVERNMENT CODE SECTION 6103]** |
|---|---|

KAMALA D. HARRIS
Attorney General of California
RANDY BARROW
MARK R. BECKINGTON
GAVIN G. MCCABE
Supervising Deputy Attorney General
ALLISON GOLDSMITH, SBN 238263
MARC N. MELNICK SBN 168187
GEORGE WATERS, SBN 88295
Deputy Attorney General
1300 I Street, Suite 125
PO Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 323-8050
Fax: (916) 324-8835

Attorneys for Defendants,
Alex Nishimura and California
Department of Forestry and Fire Protection

Kyndra S. Miller, SBN 224343
Randolph E. Daar, SBN 88195
Brian Ford, SBN 305023
506 Broadway
San Francisco, CA 94133
Telephone: (415) 986-5591

Attorneys for Plaintiffs

Plaintiffs and Defendants Sheriff Jon Lopey, individually and in his capacity as Siskiyou County Sheriff, Clerk Colleen Setzer, individually and in her capacity as Siskiyou County Clerk, the County of Siskiyou, Alex Nishimura, individually and in his capacity as an agent of the California Secretary of State, and the California Department of Forestry and Fire Protection HEREBY STIPULATE AND AGREE as follows:

1.    Defendants Sheriff Jon Lopey, Clerk Colleen Setzer, and the County of Siskiyou have filed a Motion to Dismiss Pursuant to Fed R. Civ. P. 12(b)(6) and a Special Motion to Strike Plaintiffs' Complaint Pursuant to Cal. Code Civ. Proc. § 425.16 (West 2016). The Court vacated the November 15, 2016 hearing date on November 9, 2016, having determined that the motion be ordered submitted without appearance and without argument pursuant to Local Rule 230(g). The rulings are pending;

2. Defendant Alex Nishimura filed his Answer to Complaint on October 6, 2016;

3. Defendant California Department of Forestry and Fire Protection (CAL FIRE) has not yet filed an Answer or responsive pleading to Plaintiffs' Complaint; on November 7, 2016, CAL FIRE and Plaintiffs entered into a stipulation to extend the time for Cal Fire to respond to the complaint to December 8, 2016;

4. Based on the procedural status of the case and the fact that the pleadings have not yet been finalized, the parties agree to continue the time to file their Joint Status Report, agree to vacate the November 14, 2016 filing deadline, and further agree that the Joint Status Report with Rule 26(f) discovery plan should be filed by February 10, 2017.

This is the first stipulation for a continuance of this filing deadline between the parties.

Dated: November 10, 2016             KYNDRA S. MILLER
                                     RANDOLPH E. DAAR
                                     BRIAN FORD


                                     By: ___/s/ Kyndra S. Miller_____
                                         Kyndra S. Miller
                                         Randolph E. Daar
                                         Brian Ford
                                         Attorneys for Plaintiffs


Dated: November 10, 2016             SPINELLI, DONALD & NOTT


                                     By: /s/ Domenic D. Spinelli
                                         DOMENIC D. SPINELLI
                                         ALISON W. WINTER
                                         AMY E. WILLIAMS
                                         Attorney for Defendants,
                                         Sheriff Jon Lopey, individually and
                                         in his capacity as Siskiyou County
                                         Sheriff, Colleen Setzer, individually
                                         and in her capacity as Siskiyou County
                                         Clerk, and the County of Siskiyou

Date: November 10, 2016

KAMALA D. HARRIS
Attorney General of California

By: ___*/s/ Allison Goldsmith*___
     ALLISON GOLDSMITH
     Deputy Attorney General
     Attorneys for Defendant
     Alex Nishimura and
     California Department of Forestry and
     Fire Protection

## **ORDER**

Pursuant to the parties' stipulation and good cause showing:

1. The current November 14, 2016 deadline for the parties to file their Joint Status Report with Rule 26 discovery plan is vacated.

2. The parties are ordered to file their Joint Status Report with Rule 26 discovery plan on or before February 10, 2017.

Dated:   11/10/2016

/s/ John A. Mendez
Judge John A. Mendez
United States District Court Judge
Eastern District of California