KAMALA D. HARRIS
Attorney General of California
RANDY BARROW
MARK R. BECKINGTON
GAVIN G. MCCABE
Supervising Deputy Attorneys General
ALLISON GOLDSMITH (SBN 238263)
MARC N. MELNICK (SBN 168187)
GEORGE WATERS (SBN 88295)
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-0750
 Fax:  (510) 622-2270
 E-mail:  Marc.Melnick@doj.ca.gov
*Attorneys for Defendants California Department of Forestry and Fire Protection and Alex Nishimura*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE VANG et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**SHERIFF JON LOPEY et al.,**<br><br>Defendants. | No. 2:16-CV-02172-JAM-CMK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR     CAL FIRE TO RESPOND TO COMPLAINT**<br><br>Dept:         6<br>Judge:       The Honorable John A. Mendez<br>Trial Date:   None Set<br>Action Filed: 9/12/2016 |

Plaintiffs Jesse Vang et al. and defendant California Department of Forestry and Fire Protection ("CAL FIRE") have previously stipulated to extend the time for CAL FIRE to respond to the complaint by twenty-eight (28) days, to December 8, 2016. The parties are awaiting the Court's ruling on the motion to dismiss and the motion to strike filed by defendants Sheriff Jon Lopey, Colleen Setzer, and County of Siskiyou (collectively, "Siskiyou County Defendants"); those motions were set for hearing on November 15, 2016. The Court ordered the motions submitted without appearance and without argument. The Court has not yet ruled on those motions. The Court's ruling on those motions may cause Plaintiffs to file an amended complaint.

Pursuant to Rule 144(a) of the Local Rules of Practice for the United States District Court, Eastern District of California, therefore, Plaintiffs, CAL FIRE, Siskiyou County, and defendant Alex Nishimura hereby stipulate to extend the time for CAL FIRE to respond to the complaint by a further thirty (30) days, to January 7, 2017. If Plaintiffs file an amended complaint, the time to respond shall be set by rule or by the Court, and may be extended by stipulation or by the Court. By executing this stipulation, the parties do not waive any arguments they may have in this case.

Respectfully Submitted,

Dated: December 1, 2016

*/s/ Kyndra S. Miller* (as authorized on 12/1/16)

KYNDRA S. MILLER
*Attorney for Plaintiffs*

Dated: December 1, 2016

KAMALA D. HARRIS
Attorney General of California

*/s/ Marc N. Melnick*

MARC N. MELNICK
Deputy Attorney General
*Attorneys for Defendants California Department of Forestry and Fire Protection and Alex Nishimura*

1.

| | | |
|---|---|---|
| 1 | Dated:  December 1, 2016 | SPINELLI, DONALD & NOTT |

*/s/ Domenic C. Spinelli* (as authorized on 12/1/16)

DOMENIC C. SPINELLI
*Attorneys for Siskiyou County Defendants*

IT IS SO ORDERED.  Defendant California Department of Forestry and Fire Protection's time to respond to the complaint is extended to January 7, 2017.

Dated:  12/2/2016

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge

SA2016103774
90730103.docx