KATHLEEN A. KENEALY
Acting Attorney General of California
RANDY BARROW
MARK R. BECKINGTON
GAVIN G. MCCABE
Supervising Deputy Attorneys General
ALLISON GOLDSMITH (SBN 238263)
MARC N. MELNICK (SBN 168187)
GEORGE WATERS (SBN 88295)
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 879-0750
  Fax:  (510) 622-2270
  E-mail:  Marc.Melnick@doj.ca.gov
*Attorneys for Defendants California Department of
Forestry and Fire Protection and Alex Nishimura*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE VANG et al.,** | No. 2:16-CV-02172-JAM-CMK |
| Plaintiffs, | **STIPULATION AND ORDER TO FURTHER EXTEND TIME FOR CAL FIRE TO RESPOND TO COMPLAINT** |
| v. | |
| **SHERIFF JON LOPEY et al.,** | Dept:        6 |
| | Judge:       The Honorable John A. Mendez |
| Defendants. | Trial Date:   None Set |
| | Action Filed:  Sept. 12, 2016 |

1    Plaintiffs Jesse Vang et al. and defendant California Department of Forestry and Fire

2    Protection ("CAL FIRE") have previously stipulated to extend the time for CAL FIRE to respond

3    to the complaint to December 8, 2016, and Court has in an order dated December 2, 2016 (and

4    pursuant to the parties' stipulation) extended that time to January 7, 2017.  The parties are

5    awaiting the Court's ruling on the motion to dismiss and the motion to strike filed by defendants

6    Sheriff Jon Lopey, Colleen Setzer, and County of Siskiyou (collectively, "Siskiyou County

7    Defendants"); those motions were set for hearing on November 15, 2016.  The Court ordered the

8    motions submitted without appearance and without argument.  The Court has not yet ruled on

9    those motions.  The Court's ruling on those motions may cause Plaintiffs to file an amended

10   complaint.

11   Pursuant to Rule 144(a) of the Local Rules of Practice for the United States District Court,

12   Eastern District of California, therefore, Plaintiffs, CAL FIRE, Siskiyou County Defendants, and

13   defendant Alex Nishimura hereby stipulate to extend the time for CAL FIRE to respond to the

14   complaint by a further thirty (30) days, to February 6, 2017.  If Plaintiffs file an amended

15   complaint, the time to respond shall be set by rule or by the Court, and may be extended by

16   stipulation or by the Court.  By executing this stipulation, the parties do not waive any arguments

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

they may have in this case.

Respectfully Submitted,

Dated:  January 3, 2017

*/s/ Kyndra S. Miller*, as authorized 1/3/17

KYNDRA S. MILLER
*Attorney for Plaintiffs*

Dated:  January 3, 2017                          KATHLEEN A. KENEALY
Acting Attorney General of California

*/s/ Marc N. Melnick*

MARC N. MELNICK
Deputy Attorney General
*Attorneys for Defendants California
Department of Forestry and Fire Protection
and Alex Nishimura*

Dated:  January 3, 2017                          SPINELLI, DONALD & NOTT

*/s/ Domenic D. Spinelli*, as authorized 1/3/17

DOMENIC D. SPINELLI
*Attorneys for Siskiyou County Defendants*

        IT IS SO ORDERED.  Defendant California Department of Forestry and Fire Protection's time to respond to the complaint is extended to February 6, 2017.

Dated:  1/3/2017

/s/ John A. Mendez_____
JOHN A. MENDEZ
Judge of the U.S. District Court

2.