UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE VANG; WANG CHANG; JOUA CHAO MOUA; ALEXANDER VANG; DANG XIONG; DOLLARSAI YURGH; JOUA YENG VANG; MANISY MOUA; POUA VANG; RICHARD VANG; and DOES 1-200,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF JON LOPEY, individually and in his capacity as Sheriff for the COUNTY OF SISKIYOU; COLLEEN SETZER, individually and in her capacity as Clerk for the COUNTY OF SISKIYOU; ALEX NISHIMURA, individually and in his capacity as an agent of the CALIFORNIA SECRETARY OF STATE; the COUNTY OF SISKIYOU; CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION Does 1-20, in their individual capacity; and DOES 1-20, inclusive.<br><br>Defendants. | No. 2:16-cv-02172-JAM-CMK<br><br>**ORDER**<br><br>**SECOND JOINT STATUS MEMORANDUM AND REPORT PURSUANT TO FEDERAL RULE 26**<br><br><br>**Complaint Filed: September 12, 2016**<br><br><br>**District Court Judge: Hon. John A. Mendez** |

Pursuant to the parties' Joint Status Memorandum and good cause showing:

1. The current April 10, 2017 deadline for the parties to file their Joint Status Report with Rule 26 discovery plan is vacated.

2. The parties are ordered to file their Joint Status Report with Rule 26 discovery plan on or before June 11, 2017.

Dated: 4/6/2017                                         /s/ John A. Mendez_____
                                                                    Judge John A. Mendez
                                                                    United States District Court Judge
                                                                    Eastern District of California

1